**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

KATHY SHIRLEY                                                           PLAINTIFF

v.                              No. 2:14CV00005 JLH

LILLIE SEXTON; *et al.*                                         DEFENDANTS

**ORDER**

The Initial Scheduling Order was filed in this matter on February 21, 2014, and instructed the parties to file their Rule 26(f) Report by May 15, 2014. The report has not been filed. The parties are directed to file their Rule 26(f) Report no later than June 23, 2014.

IT IS SO ORDERED this 13th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE