IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KATHY SHIRLEY                                                                                    PLAINTIFF

v.                                        NO. 2:14CV00005 JLH

LILLIE SEXTON; WILLIE MURDOCK;
and LEE COUNTY SCHOOL DISTRICT                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 4th day of April, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE